**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

JOE HENRY SCOTT, III,

    Plaintiff,

v.                                          Case No. 3:19cv2973-LC/HTC

JUDGE GARY L. BERGOSH, et al.,

    Defendants.

_____/

# **O R D E R**

      This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 12, 2019 (ECF No. 4). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed.

      Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

      Accordingly, it is now **ORDERED** as follows:

1.     The Magistrate Judge's Report and Recommendation (ECF Doc. 4) is adopted and incorporated by reference in this order.

2. The Complaint, ECF Doc. 1, is DISMISSED WITHOUT PREJUDICE under 28 U.S.C. § 1915(g).

3. The Clerk is directed to close the file.

**DONE AND ORDERED** this 12th day of September, 2019.

        s/*L.A. Collier*
        **LACEY A. COLLIER**
        **SENIOR UNITED STATES DISTRICT JUDGE**